UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-85-FDW-DSC

| | |
|---|---|
| ERIC MBANGU, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF CHARLOTTE AVIATION )<br>DEPARTMENT; BRENT CAGLE; JUDE )<br>STARRET; TRACY MILLER; )<br>WOODARD JEROME; MARTINA )<br>BENEDIKOVICOVA, )<br>)<br>Defendants. ) | ORDER |

THIS MATTER is before the Court sua sponte. Plaintiff filed his complaint on February 20, 2019. On March 7, 2019, the Court granted Plaintiff leave to proceed in forma pauperis and conducted a frivolity review pursuant to 28 U.S.C. § 1915(e)(2). The Court found that Plaintiff had failed to state a plausible claim and gave Plaintiff thirty days to amend his complaint to cure the deficiencies. (Doc. No. 3, p. 4). The Court further warned Plaintiff that if he failed to file an amended complaint, "this action may be dismissed without prejudice and without further notice to Plaintiff." Id.

As of the date of this order, Plaintiff has not filed an amended complaint or otherwise addressed the deficiencies of his claim. Therefore, the Court hereby DISMISSES THE CASE WITHOUT PREJUDICE. The Clerk of Court is respectfully directed to CLOSE THE CASE.

Signed: August 28, 2019

Frank D. Whitney
Chief United States District Judge

1